UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
_____ DIVISION
NO. _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) ) ) | WAIVER OF INITIAL APPEARANCE ON A SUPERSEDING INDICTMENT |

    Defendant _____, by and through undersigned counsel, waives the right to an initial appearance on the superseding indictment filed on _____. Undersigned counsel files this waiver of an initial appearance with the consent of defendant.

Additional comments: _____

_____

_____

Date: _____

                                          Signature: _____