UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CR-60-2H

UNITED STATES OF AMERICA )
)
)
v. )        WAIVER OF INITIAL APPEARANCE
)        ON A SUPERSEDING INDICTMENT
)
RONNIE L. DAVIS )

        Defendant RONNIE L. DAVIS , by and through undersigned counsel, waives the right

to an initial appearance on the superseding indictment filed on 8/23/2016. Undersigned counsel

files this waiver of an initial appearance with the consent of defendant.


Additional comments: _____

_____

_____


Date: 9/16/2016

                                        Signature: _Katherine Shea_

                                        KATHERINE SHEA
                                        ATTORNEY FOR DAVIS
                                        FEDERAL DEFENDER'S OFFICE
                                        MEMBER OF NY BAR
                                        919 856 4236
                                        Kat_shea @ fd.org