UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-60-H-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONNIE L. DAVIS | MOTION TO CONTINUE<br>ARRAIGNMENT |

On May 24, 2016, Mr. Ronnie L. Davis was indicted with charges relating to fraud and payment of bribes. [DE 1.] On August 23, 2016, the government filed a superceding indictment against Mr. Davis, adding charges of tax fraud. [DE 32.] The arraignment is currently set for February 13, 2017.  [DE 64.] In order to continue the discovery review, to continue plea negotiations with the government, and to continue to investigate and confer with the client, undersigned respectfully requests a thirty-day continuance of the arraignment until the March term of court. Assistant United States Attorney David Bragdon does not object to a continuance of the arraignment.

Because the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this continuance shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted this 6th day of February, 2017.

                                                               THOMAS P. McNAMARA
                                                               Federal Public Defender

                                                                /s/ Katherine E. Shea
                                                              KATHERINE E. SHEA
                                                             Assistant Federal Public Defender

Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street
Suite 450, Wells Fargo Bldg.
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: kat_shea@fd.org
Member of NY State Bar
LR 57.1 Counsel Appointed

CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a copy of the foregoing was served upon:

**David Bragdon**
U. S. Attorney's Office
Suite 800, 310 New Bern Ave.
Raleigh, NC 27601
919-856-4530
Fax: 856-4487
Email: david.bragdon@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on February 6, 2017, using the CM/ECF system which will send notification of such filing to the above.

 This the 6th day of February, 2017.

        /s/ Katherine E. Shea
        KATHERINE E. SHEA
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        150 Fayetteville Street
        Suite 450, Wells Fargo Bldg.
        Raleigh, North Carolina 27601
        Telephone: 919-856-4236
        Fax: 919-856-4477
        E-mail: kat_shea@fd.org
        Member of NY State Bar
        LR 57.1 Counsel Appointed