UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-60-H-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONNIE L. DAVIS | ORDER ON MOTION TO CONTINUE<br>ARRAIGNMENT |

The Court hereby GRANTS Defendant's Motion to Continue the Arraignment until the March 7, 2017 term of court in Greenville, North Carolina.

Because the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this continuance shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 7th day of February 2017.

MALCOLM J. HOWARD
Senior U.S. District Court Judge