UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ronnie L Davis                                         Docket No. 7:16-CR-60-2H

**Petition for Action on Probation**

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ronnie L Davis, who, upon an earlier plea of guilty to Tax Fraud, in violation of 26 U.S.C. § 7206(l) and 26 U.S.C. § 7206, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on October 10, 2017, to 60 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

At the time of sentencing, it was ordered that the defendant participate in a mental health treatment program. Mr. Davis does not have a history of mental illness, and after speaking with the Pre-Sentence writer, it was determined that her concerns were related to memory loss and memory recall. These concerns have been discussed with Mr. Davis and his wife, as well as a nurse at his family physician's office. At this time, it appears appropriate to strike this condition and allow for this issue to be managed by his family physician. Should the need for mental health treatment become apparent at a later date, this officer will file the appropriate request with the court.

**PRAYING THAT THE COURT WILL ORDER** that the condition requiring the defendant participate in a program of mental health treatment be stricken.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing
                                              is true and correct.


/s/ Robert L. Thornton                        /s/ Kristyn Super
Robert L. Thornton                            Kristyn Super
Supervising U.S. Probation Officer            U.S. Probation Officer
                                              200 Williamsburg Pkwy, Unit 2
                                              Jacksonville, NC 28546-6762
                                              Phone: 910-346-5104
                                              Executed On: May 2, 2018

**ORDER OF THE COURT**

Considered and ordered this 3rd day of May 2018, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge