IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16CR00060-002H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| RONNIE L. DAVIS, | ) | ORDER TO UNSEAL |
| Defendant, | ) | |
| v. | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| Garnishee. | ) | |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [DE #127] and the Writ of Garnishment issued as its result [DE #135], along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE #135-1] in the above-captioned case be unsealed.

This the 23rd day of August 2018.

MALCOLM J. HOWARD
Senior United States District Judge