UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-60-H-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONNIE DAVIS | ORDER GRANTING MOTION TO<br>TERMINATE SUPERVISED RELEASE |

The Court hereby GRANTS the Defendant's Motion to Terminate Probation. Mr. Davis's probation is hereby TERMINATED.

This the 3rd day of December, 2019.

                                                MALCOLM J. HOWARD
                                                Senior U.S. District Court Judge